# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CENTER CITY MUSIC, PAL-PARK MUSIC, ROD STEWART, SONGS OF MOSAIC and SOMERSET SONGS PUBLISHING, INC.,**

        **Plaintiffs,**

**-vs-**                                        Case No. 6:05-cv-1189-Orl-31DAB

**MALKUS, INC. and CHARLES J. MALKUS,**

        **Defendants.**
_____/

## ORDER

On August 12, 2005, Plaintiffs filed this copyright infringment action against Defendants, Malkus, Inc. and Charles J. Malkus (Doc. 1). On November 17, 2005, Defendants filed a pleading styled "Answer to Complaint" and "Motion for Summary Judgment" (Doc. 7). The pleading was signed by Charles J. Malkus, Individually and as President of Malkus, Inc. A corporation may not appear and defend a lawsuit *pro se*. Accordingly, it is

**ORDERED** that the Answer is STRICKEN as it pertains to Defendant, Malkus, Inc. Malkus, Inc. shall have 30 days to employ counsel and file a responsive pleading. Failure to do so may result in the entry of default without further notice.

It is further **ORDERED** that the Motion for Summary Judgment is DENIED as premature and facially without merit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 18, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party